1  Clifford R. Horner, Esq., State Bar No. 154353
   chorner@berding-weil.com
2  Fredrick A. Hagen, Esq., State Bar No. 196220
   fhagen@berding-weil.com
3  **BERDING & WEIL LLP**
   3240 Stone Valley Road West
4  Alamo, California 94507
   Telephone:  925.838.2090
5  Facsimile:   925.820.5592

6  Attorneys for Defendant Acutrack, Inc.

7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | REJECTS SKATE MAGAZINE, INC.,       | No. C06-02590 CW
   | WESLEY M. DRIVER, RADIUS MEDIA,     |
14 | LLC, and SHAWN ENGLER,              |
   |                                     | STIPULATION FOR
15 |         Plaintiffs,                 | SUBSTITUTION OF COUNSEL BY
   |                                     | DEFENDANT ACUTRACK, INC.
16 | vs.                                 |
17 | ACUTRACK, INC.,                     |
18 |         Defendants.                 |
19

20         Defendant Acutrack, Inc., hereby stipulates to a substitution of its counsel

21  now that venue of this matter has been transferred from the United States District

22  Court for the Middle District of Tennessee to the United States District Court for

23  the Northern District of California. Defendant Acutrack, Inc., wishes to substitute

24  Clifford Horner and his associate Fredrick A. Hagen of Berding & Weil, LLP, 3240

25  Stone Valley Road West, Alamo, California, in place and stead of John M.

26  Scannapieco and Chris L. Gilbert of Boult, Cummings, Conners & Berry, PLC, and

27  F. Lande Finch, Jr., and Meredith Lees of Haskell Slaughter Young & Rediker, LLC;

28         IT IS HEREBY STIPULATED by and between the Acutrack, Inc., and its

1  above-listed counsel that Clifford R. Horner and his associate Fredrick A. Hagen
2  will substitute in as Acutrack, Inc.'s counsel of record, and John M. Scannapieco and
3  Chris L. Gilbert, F. Lande Finch, Jr., and Meredith Lees, will withdraw as Acutrack,
4  Inc.'s counsel of record.

Dated: June 12, 2006                ACUTRACK, INC.

                                    By: _____[signature]_____
                                        Raj Barman, Acutrack, Inc.'s
                                        President/CEO

Dated: June 16, 2006                Berding & Weil, LLP

                                    By: _____[signature]_____
                                        Clifford R. Horner
                                        Fredrick A. Hagen
                                        Attorneys for Defendant
                                        ACUTRACK, INC.

Dated: June    , 2006               **Boult, Cummings, Conners & Berry, PLC**

                                    By:_____
                                        John M. Scannapieco

                                    By:_____
                                        Chris L. Gilbert

Dated: June    , 2006               **Haskell Slaughter Young & Rediker, LLC**

                                    By:_____
                                        F. Lande Finch, Jr.

                                    By:_____
                                        Meredith Lees

BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507

STIPULATION FOR SUBSTITUTION OF COUNSEL                    C06-02590 CW
BY DEFENDANT ACUTRACK, INC.

2

1  above-listed counsel that Clifford R. Horner and his associate Fredrick A. Hagen
2  will substitute in as Acutrack, Inc.'s counsel of record, and John M. Scannapieco and
3  Chris L. Gilbert, F. Lande Finch, Jr., and Meredith Lees, will withdraw as Acutrack,
4  Inc.'s counsel of record.

6  Dated: June     , 2006           **ACUTRACK, INC.**

8                                    By:_____
                                        Raj Barman, Acutrack, Inc.'s
9                                       President/CEO

11 Dated: June     , 2006           **Berding & Weil, LLP**

13                                   By:_____
                                        Clifford R. Horner
14                                      Fredrick A. Hagen
                                        Attorneys for Defendant
                                        ACUTRACK, INC.

16 Dated: June     , 2006           **Boult, Cummings, Conners & Berry, PLC**

18                                   By:_____
19                                      John M. Scannapieco

20                                   By:_____
21                                      Chris L. Gilbert

23 Dated: June 30, 2006              **Haskell Slaughter Young & Rediker, LLC**

25                                   By: /s/ Lande Finch /with permission by Meredith Lees
                                        F. Lande Finch, Jr.

27                                   By: /s/ Meredith Lees
                                        Meredith Lees

BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507

STIPULATION FOR SUBSTITUTION OF COUNSEL
BY DEFENDANT ACUTRACK, INC.

2
C06-02590 CW

1  above-listed counsel that Clifford R. Horner and his associate Fredrick A. Hagen
2  will substitute in as Acutrack, Inc.'s counsel of record, and John M. Scannapieco and
3  Chris L. Gilbert, F. Lande Finch, Jr., and Meredith Lees, will withdraw as Acutrack,
4  Inc.'s counsel of record.

6  Dated: June    , 2006          **ACUTRACK, INC.**

8                                 By:_____
                                   Raj Barman, Acutrack, Inc.'s
9                                  President/CEO

11 Dated: June    , 2006          **Berding & Weil, LLP**

13                                By:_____
                                   Clifford R. Horner
14                                 Fredrick A. Hagen
                                   Attorneys for Defendant
15                                 ACUTRACK, INC.

16 Dated: June 12th, 2006          **Boult, Cummings, Conners & Berry, PLC**

18                                By:_____
19                                 John M. Scannapieco

20                                By:_____
21                                 Chris L. Gilbert

23 Dated: June 15, 2006           **Haskell Slaughter Young & Rediker, LLC**

25                                By:_____
                                   F. Lande Finch, Jr.
27                                By:_____
                                   Meredith Lees

IT IS SO ORDERED
Judge Claudia Wilken

BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507

STIPULATION FOR SUBSTITUTION OF COUNSEL
BY DEFENDANT ACUTRACK, INC.

2
C06-02590 CW