1   **LINCOLN, GUSTAFSON & CERCOS**   (SPACE BELOW FOR FILING STAMP ONLY)
        *ATTORNEYS AT LAW*
2      **225 Broadway, Suite 2000**
      **San Diego, California 92101**
3   **(619)233-1150/Fax:(619)233-6949**

4   Theodore R. Cercos (SBN 128732)
    Karl E. Sorenson (SBN 149287)
5   Jill S. Dickerson (SBN 220070)

6   Attorneys for Third-Party Defendant
        MEDIA FACTORY, INC.

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10  REJECTS SKATE MAGAZINE, INC.,     )   CASE NO: C06-02590 CW
    WESLEY M. DRIVER, RADIUS MEDIA,   )
11  LLC, and SHAWN ENGLER             )
                                      )
12          Plaintiffs                )
                                      )   **STIPULATED REQUEST FOR ORDER**
13  v.                                )   **CHANGING TIME; DECLARATION OF**
                                      )   **JILL S. DICKERSON; AND**
14  ACUTRACK, INC.,                   )   [PROPOSED] **ORDER THEREON**
                                      )
15          Defendant and Third-      )
            Party Plaintiff           )
16                                    )
    v.                                )
17                                    )
    MEDIA FACTORY, INC.,              )
18                                    )
            Third-Party Defendant.)
19  ————————————————————)

20      This Stipulated Request for Order Changing Time is entered

21  into between Plaintiffs REJECTS SKATE MAGAZINE, INC., WESLEY M.

22  DRIVER, RADIUS MEDIA, LLC, and SHAWN ENGLER ("Plaintiffs"),

23  Defendant ACUTRACK, INC. ("Acutrack"), and Third Party Defendant

24  MEDIA FACTORY, INC. ("Media Factory") (collectively, the

25  "Parties").

26      WHEREAS Media Factory was served on September 28, 2006 with

27  a third party complaint by Acutrack.  Acutrack granted Media

28  Factory extensions of the time within which to respond to the

                                -1-

1  third party complaint to allow Media Factory to tender the third

2  party complaint to its insurer and allow Media Factory's insurer

3  to assign counsel to respond to the third party complaint.  Media

4  Factory answered such third party complaint on November 1, 2006.

5  WHEREAS a mediation had been scheduled in the case to take

6  place on November 20, 2006 and a mediation completion date of

7  December 1, 2006 was ordered by the Court.

8  WHEREAS Media Factory needs time to investigate and evaluate

9  the claim by Acutrack and conduct some discovery prior to the

10  mediation and there is not sufficient time to do so before

11  November 20, 2006.

12  NOW THEREFORE, the Parties agree to continue the mediation

13  scheduled for November 20, 2006 to February 20, 2007, in light of

14  the foregoing issues and the upcoming holidays.  The Parties also

15  request this Court to continue the mediation completion date for

16  90 days.

17  IT IS SO AGREED.

18  DATE: November 17, 2006          LINCOLN, GUSTAFSON & CERCOS

19

20                                    JILL S. DICKERSON, ESQ.
                                      Attorneys for MEDIA FACTORY, INC.

21  DATE: November 17, 2006          CROSS, POOLE, GOLDASICH, & FISCHER,
                                      LLC
22

23                                    DENNIS E. GOLDASICH, ESQ.
                                      JUSTIN L. SMITH, ESQ.
24                                    Attorneys for PLAINTIFFS

25  DATE: November 17, 2006          BERDING & WEIL LLP

26

27                                    CLIFFORD R. HORNER, ESQ.
                                      FREDRICK A. HAGEN, ESQ.
                                      Attorneys for ACUTRACK

28

## DECLARATION OF JILL S. DICKERSON

1.   I am an attorney at law licensed to practice before all courts of the State of California and the U.S. District Courts for each District of California, and I am an associate with Lincoln, Gustafson & Cercos, attorneys of record for Defendant MEDIA FACTORY, INC. ("Media Factory"). All facts stated in this declaration are true to my own knowledge and if called as a witness I could testify competently to these facts.

2.   Media Factory was served on September 28, 2006 with a third party complaint by Defendant Acutrack, Inc. ("Acutrack").

3.   Acutrack granted Media Factory extensions of the time within which to respond to the third party complaint to allow Media Factory to tender the third party complaint to its insurer and allow Media Factory's insurer to assign counsel to respond to the third party complaint.

4.   Media Factory's insurer assigned this matter to my law firm and, on November 1, 2006, an answer to Acutrack's third party complaint was filed and served on behalf of Media Factory.

5.   Upon information and belief, a mediation had been scheduled by Plaintiffs and Acutrack to take place on November 20, 2006 and a mediation completion date of December 1, 2006 was ordered by the Court.

6.   Media Factory needs time to investigate and evaluate the claim by Acutrack and conduct some discovery prior to the mediation and there is not sufficient time to do so before November 20, 2006.

7.   The Parties have agreed to continue the mediation scheduled for November 20, 2006 to February 20, 2007, in light of

1  the foregoing issues and the upcoming holidays.  The Parties

2  further agreed to request this Court to continue the mediation

3  completion date for 90 days.

4      8.   Upon information and belief, there have been no

5  previous time modifications in this case by stipulation or court

6  order.

7      I declare under penalty of perjury under the laws of the

8  State of California that the foregoing is true and correct.

9      Executed this 17th day of November, 2006 at San Diego,

10  California.

11                              Jill S. Dickerson, Esq.

12

13

14

15                    [PROPOSED]  ORDER

16

17      For good cause shown, the stipulated request of the Parties

18  for an order changing time to continue the mediation for 90 days

19  is hereby granted.  New dates are as follows:

    Mediation shall be completed by March 1, 2007.

20

21

22  IT IS SO ORDERED.

    DATED:  _____11/28_____, 2006

23                              HONORABLE CLAUDIA WILKEN
                                Judge of the U.S. District Court

24

25

26

27

28

-4-