1  Clifford R. Horner, Esq., State Bar No. 154353
   chorner@hornersinger.com
2  Kevin P. Montee, Esq., State Bar No. 223822
   kmontee@hornersinger.com
3  **HORNER & SINGER, LLP**
   1646 N. California Blvd., Suite 250
4  Walnut Creek, California 94596
   Telephone: 925/943-6570
5  Facsimile: 925/943-6888

6  Attorneys for Defendant Acutrack, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJECTS SKATE MAGAZINE, INC., WESLEY M. DRIVER, RADIUS MEDIA, LLC, and SHAWN ENGLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>ACUTRACK, INC.,<br><br>    Defendants. | No. C06-02590 CW<br><br>**DEFENDANT ACUTRACK, INC.'S SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant ACUTRACK, INC. hereby substitutes its counsel of record. Defendant ACUTRACK, INC. wishes to substitute Clifford Horner, Esq. and his associate Kevin P. Montee, Esq. of Horner & Singer LLP, 1646 N. California Blvd., Suite 250, Walnut Creek, California, 94596, telephone number (925) 943-6570 in the place and stead of Berding & Weil, LLP;

IT IS HEREBY STIPULATED by and between ACUTRACK, INC. and its above-listed counsel that Clifford R. Horner, Esq. and his associate Kevin P. Montee, Esq. of Horner &

1  Singer, LLP will substitute in as ACUTRACK's counsel of record in lieu of Berding & Weil,
2  LLP.
3
4  Date: February 9, 2007                HORNER & SINGER LLP
5
6                                         By: _____
7                                         CLIFFORD R. HORNER
                                           KEVIN P. MONTEE
8                                          HORNER & SINGER LLP
                                           Attorneys for Defendant
9                                          ACUTRACK, INC.
10
11
12 Date: February    , 2007               **ACUTRACK, INC.**
13
14                                         By: _____
15                                         RAJ BARMAN
16
17
18
19 Date: February    , 2007               **BERDING & WEIL LLP**
20
21                                         By: _____
                                           Jeffrey B. Cereghino
22                                         BERDING & WEIL, LLP
23
24
25      IT IS SO ORDERED
26      [signature] Claudia Wilken
27      Judge Claudia Wilken
        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
28