LINCOLN, GUSTAFSON & CERCOS
ATTORNEYS AT LAW
225 Broadway, Suite 2000
San Diego, California 92101
(619)233-1150/Fax:(619)233-6949

(SPACE BELOW FOR FILING STAMP ONLY)

Theodore R. Cercos (SBN 128732)
Karl E. Sorenson (SBN 149287)
Jill S. Dickerson (SBN 220070)

Attorneys for Third-Party Defendant MEDIA FACTORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJECTS SKATE MAGAZINE, INC., WESLEY M. DRIVER, RADIUS MEDIA, LLC, and SHAWN ENGLER<br><br>Plaintiffs<br><br>v.<br><br>ACUTRACK, INC.,<br><br>Defendant and Third-Party Plaintiff<br><br>v.<br><br>MEDIA FACTORY, INC.,<br><br>Third-Party Defendant. | CASE NO: C06-02590 CW<br>Hon. Claudia Wilken<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY MOVE THE COURT AS FOLLOWS:

1. WHEREAS, the parties, and all of them, have now settled their respective claims against each other and agree to dismiss with prejudice the entire action, including all third party actions, fourth party actions, cross actions, and counterclaims against each other.

2. WHEREAS, the parties, and all of them, agree that this Court shall retain jurisdiction to enforce the terms of the settlement in the event of a dispute arising from the settlement.

///

1  3. NOW THEREFORE, pursuant to the settlement of this action, the parties, and all of them, hereby move this Court to dismiss the entire action with prejudice, including all third party actions, fourth party actions, cross claims, and counterclaims between the parties to this action.

DATE: May 21, 2007    CROSS, POOLE, GOLDASICH, & FISCHER, LLC

_____
JUSTIN L. SMITH, ESQ.
Attorneys for PLAINTIFFS

DATE: May ___, 2007    HORNER & SINGER, LLP

_____
CLIFFORD R. HORNER, ESQ.
KEVIN P. MONTEE, ESQ.
Attorneys for ACUTRACK

Dated: May _____, 2007    LINCOLN, GUSTAFSON & CERCOS

_____
THEODORE R. CERCOS, ESQ.
JILL S. DICKERSON, ESQ.
Attorneys for MEDIA FACTORY, INC.

## [PROPOSED] ORDER

For good cause shown, the Joint Motion of the parties to dismiss the entire action with prejudice, including all third party actions, fourth party actions, cross claims, and counterclaims between the parties in this action, is hereby granted.

IT IS SO ORDERED.

DATED: _____, 2007

_____
HONORABLE CLAUDIA WILKEN
Judge of the U.S. District Court

3. NOW THEREFORE, pursuant to the settlement of this action, the parties, and all of them, hereby move this Court to dismiss the entire action with prejudice, including all third party actions, fourth party actions, cross claims, and counterclaims between the parties to this action.

DATE: May ___, 2007        CROSS, POOLE, GOLDASICH, & FISCHER, LLC

_____
JUSTIN L. SMITH, ESQ.
Attorneys for PLAINTIFFS

DATE: May 24, 2007        HORNER & SINGER, LLP

_____
CLIFFORD R. HORNER, ESQ.
KEVIN P. MONTEE, ESQ.
Attorneys for ACUTRACK

Dated: May 24, 2007        LINCOLN, GUSTAFSON & CERCOS

_____
THEODORE R. CERCOS, ESQ.
JILL S. DICKERSON, ESQ.
Attorneys for MEDIA FACTORY, INC.

[PROPOSED] ORDER

For good cause shown, the Joint Motion of the parties to dismiss the entire action with prejudice, including all third party actions, fourth party actions, cross claims, and counterclaims between the parties in this action, is hereby granted.

IT IS SO ORDERED.

DATED: June 26, 2007

_____
HONORABLE CLAUDIA WILKEN
Judge of the U.S. District Court